1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**
JUL 0 1 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>The person of MICHAEL WILLIAM TAMBLIN, a male, approximately 51 years of age, 5'11", 190 pounds, with brown hair and brown eyes. | CASE NO.: 2:16-SW-080-AC<br><br>[PROPOSED] ORDER REGARDING REQUEST FOR LIMITED UNSEALING OF SEARCH WARRANT MATERIALS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted search warrant, application, and affidavit in the above-captioned matter are unsealed.

Dated: 7-1-2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE